THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS R. VEST, JR.,

    Plaintiff,

v.          3:18-CV-453
         (JUDGE MARIANI)

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

AND NOW, THIS 8th DAY OF AUGUST, 2019, upon review of Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 11) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) to conduct a new administrative hearing.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge